```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**PHETPINTHONG SENESACKDA**                                    **PLAINTIFF**

**v.**                       **Civil No. 05-5009**

**CAPTAIN HUNTER PETRAY;**
**and LT. PAUL CARTER**                                        **DEFENDANTS**

### O R D E R

Now on this 19th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #38), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation is adopted.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff is hereby awarded judgment against defendants on his due process claim, including an award of nominal damages in the sum of $182.00.

**IT IS FURTHER ORDERED** that defendants pay the plaintiff's filing fee in the sum of $150.00. This payment should be made to the United States District Court, marked "filing fee, Senesackda v. Petray, No. 05-5009," and sent to the attention of Gina Rhodes, P. O. Box 1547, Fort Smith, Arkansas 72902.

**IT IS SO ORDERED.**

                                          /s/Jimm Larry Hendren
                                          HON. JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE